

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2014

No. 04-14-00393-CR

Asel **ABDYGAPPAROVA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2001CR4918A
Honorable Ron Rangel, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on October 6, 2014. Two motions for extension of time have been granted, extending the deadline to December 15, 2014. This court's order granting the second extension stated, "**THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED.**"

The clerk's office of this court notified appellant's attorney that the deadline for filing the brief had passed. In response to that notice, appellant's attorney filed a third motion to extend time to file the appellant's brief. The motion does not acknowledge the prior extensions or the order stating the last extension was a final extension. The motion is, however, GRANTED. Appellant's attorney is ORDERED to file appellant's brief in this court no later than January 15, 2015, or this appeal will be abated to the trial court for an abandonment hearing without further notice, and the trial court will be asked to consider whether sanctions against appellant's attorney are appropriate. TEX. R. APP. P. 38.8(b)(2).

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court